IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARRIE WHEATON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-620-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying as untimely petitioner Carrie Wheaton's motion for post conviction relief under 28 U.S.C. § 2255.

_/s/ Peter Oppeneer_                              9/21/12
Peter Oppeneer, Clerk of Court                 Date